QUARLES & BRADY LLP
1 Church Ave., #1700
Tucson, AZ 85701
Telephone: 520-770-8700

Michael J. Curley (Bar No. 25972)
michael.curley@quarles.com

Michael T. Piery (*pro hac vice forthcoming*)
michael.piery@quarles.com

*Attorneys for Plaintiff Tiny Twinkle, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Tiny Twinkle, Inc., | Case No. |
|---|---|
| Plaintiff, | |
| vs. | **COMPLAINT FOR PATENT INFRINGEMENT** |
| Bumkins Finer Baby Products, Inc., | **JURY TRIAL DEMANDED** |
| Defendant. | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, Tiny Twinkle, Inc. ("Tiny Twinkle") brings this action for patent infringement against Defendant Bumkins Finer Baby Products, Inc. ("Bumkins" or "Defendant"), and by and for its Complaint, alleges as follows:

## NATURE OF THE ACTION

1. This is an action for design patent infringement seeking to remedy Bumkins's ongoing disregard for Tiny Twinkle's intellectual property rights through the manufacture, use, sale, offer for sale and importation of the "Ruffle Apron Bib" within the United States, which infringes Tiny Twinkle's design patent. Bumkins's infringing activity has continued even after Tiny Twinkle provided notice to Bumkins of Tiny Twinkle's U.S. Patent No. D923,919 ("the D'919 Patent"). This action seeks a permanent injunction and the recovery of monetary damages stemming from Bumkins's infringement of the D'919 Patent.

## PARTIES

2. Plaintiff, Tiny Twinkle, Inc., is a pioneering baby-products company that prides itself on creating safe, high-quality products for babies, children, and parents.

3. Tiny Twinkle is a Delaware corporation with its principal place of business at 2303 N. 44th Street, Suite 14-1067, Phoenix, AZ 85008.

4. Defendant, Bumkins Finer Baby Products, Inc., is an Arizona corporation with, on information and belief, its principal place of business at 5454 E. Washington Street, Suite 2, Phoenix, Arizona 85034.

## JURISDICTION AND VENUE

5. This is an action for patent infringement under the patent laws of the United States, namely, 35 U.S.C. §§ 101 et seq. This Court has original subject matter jurisdiction over this dispute pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has general personal jurisdiction over Bumkins. Bumkins is incorporated in Arizona, maintains its principal place of business in Arizona, regularly

conducts business in Arizona, and has committed acts of infringement in Arizona, including in this District.

7. Venue is proper in this District under 28 U.S.C. § 1400(b) because Bumkins resides in this District and has a regular and established place of business in this District and has committed acts of infringement in this District. Venue is also proper under 28 U.S.C. § 1391.

## FACTS AND BACKGROUND

8. Tiny Twinkle is a baby products company, founded in Arizona by a team with over thirty years of experience in the baby products industry.

9. Tiny Twinkle focuses on producing high-quality products with materials that withstand the wear and tear of babies and toddlers. Over the years, Tiny Twinkle has become known for its Kaffle® fabric and other high-quality products and materials.

10. As a company bringing innovative and high-quality baby products to the market, Tiny Twinkle seeks protection for its contributions in the field of baby products. The D'919 Patent is just one example of how Tiny Twinkle protects its investment in innovation.

11. Tiny Twinkle is the owner by assignment of the entire right, title, and interest in the D'919 Patent. A true and correct copy of the D'919 Patent is attached hereto as Exhibit A.

12. Bumkins manufactures, markets, offers for sale, and sells baby bib products, including at least the Ruffle Apron Bibs, throughout the United States and within this District.

13. After the priority date of the D'919 Patent, Bumkins began to manufacture, use, sell, offer for sale and import the Ruffle Apron Bib that infringes the sole claim of the D'919 Patent. *See* Exhibit B.

COMPLAINT FOR PATENT INFRINGEMENT - 2

QUARLES & BRADY LLP
Attorneys at Law
1 Church Ave. #1700
Tucson, Arizona 85701
520-770-8700

14. Bumkins has made, used, offered to sell, sold, and/or imported into the United States bib products, including at least the "Ruffle Apron Bibs," that embody designs substantially similar to the claimed ornamental design of the D'919 Patent under the ordinary observer test. By way of example, as shown below, representative images of Bumkins's "Ruffle Apron Bibs" demonstrate that, in the eye of an ordinary observer giving the attention a purchaser usually gives, the overall visual appearance of the accused product is substantially the same as the design claimed in the D'919 Patent. An ordinary observer would be deceived into purchasing the Ruffle Apron Bib mistaking it to be the claimed design of the D'919 Patent due in part to the nearly identical upper portions of the bib that include ornamental ruffles extending along both of the arm openings of the bib and the nearly identical strap closure.

|  |  |
|---|---|
| *FIG. 1 of the D'919 Patent* | *Perspective View – Bumkins' Ruffle Bib* |

COMPLAINT FOR PATENT INFRINGEMENT - 3



*FIG. 2 of the D'919 Patent*



*Rear View – Bumkins' Ruffle Bib*



*FIG. 3 of the D'919 Patent*



*Front View – Bumkins' Ruffle Bib*

COMPLAINT FOR PATENT INFRINGEMENT - 4

QUARLES & BRADY LLP
Attorneys at Law
1 Church Ave. #1700
Tucson, Arizona 85701
520-770-8700

| | |
|---|---|
|  |  |
| *FIG. 4 of the D'919 Patent* | *Back View – Bumkins' Ruffle Bib* |
|  |  |
| *FIG. 5 of the D'919 Patent* | *Right Side View – Bumkins' Ruffle Bib* |

QUARLES & BRADY LLP
Attorneys at Law
1 Church Ave. #1700
Tucson, Arizona 85701
520-770-8700



15. Bumkins's infringing acts have continued after Tiny Twinkle provided notice of Tiny Twinkle's design patent rights, including notice relating to the D'919 Patent. Specifically, Bumkins became aware of its infringement of the D'919 Patent at least as

COMPLAINT FOR PATENT INFRINGEMENT - 6

QUARLES & BRADY LLP
Attorneys at Law
1 Church Ave. #1700
Tucson, Arizona 85701
520-770-8700

early as November 11, 2025 when counsel for Tiny Twinkle sent a cease and desist letter to Bumkins in which it accused Bumkins of infringing the D'919 Patent and demanding that it cease its infringing activities. Despite knowledge of its infringement, Bumkins has not ceased its infringing activities.

16. Bumkins's infringement of the D'919 Patent is willful, deliberate, and intentional and will continue to irreparably harm Tiny Twinkle unless enjoined by this Court.

## CAUSES OF ACTION

## COUNT I:

## Design Patent Infringement of U.S. Patent No. D923,919

17. Tiny Twinkle incorporates by reference the allegations contained in the preceding paragraphs as if separately repeated here.

18. Under 35 U.S.C. § 271(a), Bumkins has infringed and continues to infringe, literally or under the doctrine of equivalents, Tiny Twinkle's D'919 Patent by manufacturing, using, selling, and offering for sale in the United States, or importing into the United States, the Ruffle Apron Bib that embodies the design covered by the D'919 Patent.

19. Bumkins has profited from its sales of the Ruffle Apron Bib.

20. Bumkins has profited from its infringement of the D'919 Patent.

21. Tiny Twinkle has sustained damages as a direct and proximate result of Bumkins's infringement of the D'919 Patent and is entitled to damages pursuant to 35 U.S.C. §§ 284 and 289.

22. Bumkins's infringement of the D'919 Patent constitutes willful infringement and entitles Tiny Twinkle to an award of enhanced damages and attorneys' fees pursuant to 35 U.S.C. § 285.

COMPLAINT FOR PATENT INFRINGEMENT - 7

QUARLES & BRADY LLP
Attorneys at Law
1 Church Ave. #1700
Tucson, Arizona 85701
520-770-8700

23. Bumkins's infringement has caused, and unless enjoined by this Court under 35 U.S.C. § 283, will continue to cause Tiny Twinkle to suffer irreparable harm for which it cannot be adequately compensated by a monetary award.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Tiny Twinkle seeks the following relief:

A. An entry of judgment in Tiny Twinkle's favor and against Defendant on all Counts of this Complaint;

B. An order enjoining, temporarily, preliminarily, and permanently, Defendant and each of its respective officers, agents, servants, employees, and attorneys, and all of those persons in active concert or participation with it, from infringing the D'919 Patent;

C. An award of damages adequate to compensate Tiny Twinkle for the patent infringement that has occurred pursuant to 35 U.S.C. §§ 284 and 289, together with prejudgment interest and costs, treble damages for Defendant's willful infringement, and reasonable attorneys' fees, pursuant to 35 U.S.C. §§ 284 and 285;

D. An order declaring this an exceptional case and awarding Tiny Twinkle its attorneys' fees and costs in accordance with 35 U.S.C. § 285; and

E. Such other relief as the Court may deem just and proper.

## **JURY DEMAND**

Tiny Twinkle demands a trial by jury on all issues properly tried to a jury.

COMPLAINT FOR PATENT INFRINGEMENT - 8

QUARLES & BRADY LLP
Attorneys at Law
1 Church Ave. #1700
Tucson, Arizona 85701
520-770-8700

Dated: March 4, 2026

QUARLES & BRADY LLP

By: */s/ Michael J. Curley*
    Michael J. Curley

Michael J. Curley (Bar No. 25972)
QUARLES & BRADY LLP
1 Church Ave., #1700
Tucson, AZ 85701
michael.curley@quarles.com
Tel: 520-770-8700

Michael T. Piery (*pro hac vice* forthcoming)
QUARLES & BRADY LLP
411 East Wisconsin Ave., Suite 1400
Milwaukee, WI 53202
michael.piery@quarles.com
Tel: 414-277-5000

*Attorneys for Tiny Twinkle, Inc.*

COMPLAINT FOR PATENT INFRINGEMENT - 9

QUARLES & BRADY LLP
Attorneys at Law
1 Church Ave. #1700
Tucson, Arizona 85701
520-770-8700